# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

BRENDA TULL, an individual, DARYL SWING, an individual, and RHONDA OLIVER, an individual, on behalf of themselves, and on behalf of all persons similarly situated, vs Plaintiffs,

STEWART TITLE OF CALIFORNIA, INC., a California Corporation, and Does 1 to 100,

Defendants.


FILED COPY
SOUTHERN DISTRICT OF CALIFORNIA

SUMMONS IN A CIVIL ACTION ____ DEPUTY

Case No.

**'08 CV 1095 BTM JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Norman B. Blumenthal
BLUMENTHAL & NORDREHAUG
2255 Calle Clara
La Jolla, California 92037

An answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY (SEAL)

By _____ , Deputy Clerk

JUN 20 2008

DATE

Summons in a Civil Action