```
 1  ARLENE PRATER, BAR NO. 67191
    ALISON D. ALPERT, BAR NO. 199257
 2  BEST BEST & KRIEGER LLP
    655 West Broadway, 15th Floor
 3  San Diego, California 92101
    Telephone: (619) 525-1300
 4  Telecopier: (619) 233-6118
    Email: arlene.prater@bbklaw.com
 5  Email: alison.alpert@bbklaw.com

 6  Attorneys for Defendant
    STEWART TITLE OF CALIFORNIA, INC.
 7

 8

 9                UNITED STATES DISTRICT COURT

10                SOUTHERN DISTRICT OF CALIFORNIA

11
    BRENDA TULL, an individual, DARYL      Case No.:  08CV1095 BTM (JMA)
12  SWING, an individual, and RHONDA       Judge:     Hon. Barry T. Moskowitz
    OLIVER, an individual on behalf of
13  themselves, and on behalf of all persons   CLASS ACTION
    similarly situated,
14                                          NOTICE OF RELATED CASE PURSUANT
                Plaintiffs,                 TO LOCAL CIVIL RULE 40.1(E)
15
         v.
16                                          Complaint Filed:  June 20, 2008
    STEWART TITLE OF CALIFORNIA,            Trial Setting:    None
17  INC., a California Corporation, and Does 1
    to 100,
18
                Defendants.
19
```

---

SDLIT\APRATER\368141.1                        NOTICE OF RELATED CASE PURSUANT TO
                                              LOCAL CIVIL RULE 40.1(E)
                                              Case No. 08CV1095 BTM (JMA)

1   Defendant Stewart Title of California, Inc. ("Stewart Title") hereby submits the
2   following Notice of Related Case, pursuant to Local Civil Rule 40.1(e).
3   The above-captioned action is related to *Cynthia Self, and Sheila Kenny-Lieder v. Stewart
4   Title of California, Inc.*, Superior Court of the State of California, County of Fresno Civil Case
5   No. 08CECG02168DSB which was filed on June 26, 2008, and is currently proceeding in the
6   Fresno Superior Court.
7   The cases are related because both actions involve the same parties and are based on the
8   same claims; involve the same transaction or event; and involve substantially the same facts and
9   same questions of law. (CivLR 40.1(f).) Both actions assert claims, as a class action, on behalf
10  of a class of Title Officers employed by Stewart Title for wage and hour violations of the
11  California Labor Code and violations of California Business and Professions Code section 17200
12  et seq. for unfair business practices. Although the two actions are related, the cases cannot be
13  assigned to a single Judge, as both cases are not in federal court. The cases may be coordinated to
14  effect a saving of judicial effort and further the interests of judicial economy.

Dated: July 30, 2008                    BEST BEST & KRIEGER LLP


                                        */s/ Arlene Prater*
                                        ARLENE PRATER
                                        ALISON D. ALPERT
                                        Attorney for Defendant
                                        STEWART TITLE OF CALIFORNIA, INC.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\APRATER\368141.1      - 1 -      NOTICE OF RELATED CASE PURSUANT TO
                                       LOCAL CIVIL RULE 40.1(E)
                                       Case No. 08CV1095 BTM (JMA)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of records will be served by facsimile transmission and/or first class mail this 30th day of July, 2008.

*/s/ Arlene Prater*

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\APRATER\368141.1     - 2 -     NOTICE OF RELATED CASE PURSUANT TO LOCAL CIVIL RULE 40.1(E)
Case No. 08CV1095 BTM (JMA)

<u>SERVICE LIST</u>
<u>FOR SERVICE BY MAIL</u>

Daniel M. Kopfman, Esq.
Law offices of Wagner & Jones
1111 E. Herndon, Suite 317
Fresno, CA 93720

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\APRATER\368141.1 — - 3 - — NOTICE OF RELATED CASE PURSUANT TO LOCAL CIVIL RULE 40.1(E)
Case No. 08CV1095 BTM (JMA)