ARLENE PRATER, BAR NO. 67191
ALISON D. ALPERT, BAR NO. 199257
BEST BEST & KRIEGER LLP
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118
Email: arlene.prater@bbklaw.com
Email: alison.alpert@bbklaw.com

Attorneys for Defendant
STEWART TITLE OF CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA TULL, an individual, DARYL SWING, an individual, and RHONDA OLIVER, an individual on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEWART TITLE OF CALIFORNIA, INC. a California Corporation, and Does 1 to 100,<br><br>Defendants. | Case No.:    08CV1095 BTM (JMA)<br>Judge:    Hon. Barry T. Moskowitz<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL<br><br>Complaint Filed:    June 20, 2008<br>Trial Setting:    None |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT** commencing on Monday, August 18, 2008 through and including Wednesday, September 10, 2008, Defendant's lead counsel, Arlene Prater, will be on vacation and unavailable for all purposes, including but not limited to receiving notices of any kind, responding to ex parte applications, appearing in court, responding to pleadings or attending depositions, except that Ms. Prater's partner Alison D. Alpert will attend the Early Neutral Evaluation Conference. Counsel for the other parties were previously advised as to Ms. Prater's vacation plans.

This Notice is given in accordance with *Tenderloin Housing Clinic v. Sparks*, 8 Cal.App. 4th 299 (1992), so that counsel may avoid scheduling any conflicting proceedings.

Dated: August 15, 2008           BEST BEST & KRIEGER LLP


*/s/ Arlene Prater*
ARLENE PRATER
ALISON D. ALPERT
Attorney for Defendant
STEWART TITLE OF CALIFORNIA, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the court's CM-ECF system per Federal Rule of Civil Procedure 5(b)(2)(D). Any other counsel of records will be served by facsimile transmission and/or first class mail this 15th day of August, 2008.

*/s/ Arlene Prater*

LAW OFFICES OF
BEST BEST & KRIEGER LLP
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

SDLIT\APRATER\367306.1    - 2 -    NOTICE OF UNAVAILABILITY OF COUNSEL
Case No. 08CV1095 BTM (JMA)