1 | **BLUMENTHAL & NORDREHAUG**
   Norman B. Blumenthal (State Bar #068687)
2 | Kyle R. Nordrehaug (State Bar #205975)
   Aparajit Bhowmik (State Bar #248066)
3 | 2255 Calle Clara
   La Jolla, CA 92037
4 | Telephone: (858)551-1223
   Facsimile: (858) 551-1232

**PETTERSEN & BARK**
   William Pettersen (State Bar #82637)
   1620 Union Street
   San Diego, CA 92101
   Telephone: (619) 702-0123
   Facsimile: (619) 702-0127

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA TULL, an individual, DARYL SWING, an individual, and RHONDA OLIVER, an individual, on behalf of themselves, and on behalf of all persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEWART TITLE OF CALIFORNIA, INC., a California Corporation, and Does 1 to 100, <br><br> Defendants. | CASE No. 08-cv-01095-BTM-JMA <br><br> **NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFFS BRENDA TULL, DARYL SWING, AND RHONDA OLIVER** <br><br> Judge: Hon. Barry Ted Moskowitz <br> Dept.: Courtroom 15, 5th Flr |

NOTICE OF APPEARANCE

08-cv-01095-BTM-JMA

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE that attorney Aparajit Bhowmik with the law firm of Blumenthal

3  & Nordrehaug hereby enters an appearance as counsel of record on behalf of Plaintiffs Brenda Tull,

4  Daryl Swing, and Rhonda Oliver.  The contact information for Aparajit Bhowmik is as

5  follows:

6      Aparajit Bhowmik (State Bar No. 248066)
       Blumenthal & Nordrehaug
7      2255 Calle Clara
       La Jolla, CA 92037
8      Tel: (858) 551-1223
       Fax: (858) 551-1232
9      E-mail: aj@bamlawlj.com

10 Dated: September 3, 2008        BLUMENTHAL & NORDREHAUG

11                 By:   *s/Aparajit Bhowmik*
                         Aparajit Bhowmik, Esq.
12                       Attorneys for Plaintiff

13

14                 PETTERSEN & BARK
                     William Pettersen
15                 1620 Union Street
                   San Diego, CA 92101
16                 Telephone: (619) 702-0123
                   Facsimile:  (619) 702-0127

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On September 3, 2008, I served the document(s) described as below in the manner set forth below:

(1)   **NOTICE OF APPEARANCE ON BEHALF OF BRENDA TULL, DARYL SWING, AND RHONDA OLIVER**

_XX_  (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_  (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 3, 2008 at San Diego, California.

By:   *s/Aparajit Bhowmik*
       Aparajit Bhowmik