**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

**BEST BEST & KRIEGER LLP**
  Arlene Prater, (State Bar #67191)
  arlene.prater@bbklaw.com
  Alison D. Alpert, (State Bar #199257)
  alison.alpert@bbklaw.com
655 West Broadway, 15th Floor
San Diego, California 92101
Telephone: (619) 525-1300
Telecopier: (619) 233-6118

Attorneys for Defendant Stewart Title of California, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA TULL, an individual, DARYL SWING, an individual, and RHONDA OLIVER, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STEWART TITLE OF CALIFORNIA, INC., a California Corporation, and Does 1 to 100,<br><br>Defendants. | Case No. 08-CV-1095-BTM (JMA)<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION**<br><br>Judge: Hon. Barry T. Moskowitz<br><br>Magistrate Judge: Hon. Jan M. Adler<br><br>Complaint Filed: June 20, 2008<br>Trial Setting: None |

Pursuant to Fed. R. Civ. Proc., rule 41, Plaintiffs Brenda Tull and Daryl Swing ("Plaintiffs") and Defendant Stewart Title of California, Inc. ("Defendant") (collectively referred to herein as the "Parties") hereby jointly move the Court to dismiss the above-captioned action with prejudice.  The Parties are requesting the dismissal as a result of the class settlement which was finally approved in Fresno County Superior Court and which fully resolved the claims in this action.

Respectfully submitted,

Dated: January 13, 2011            BLUMENTHAL, NORDREHAUG & BHOWMIK

                                   By:   *s/Norman B. Blumenthal*
                                         Norman B. Blumenthal
                                         Attorneys for Plaintiffs

Dated: January 13, 2011            BEST BEST & KRIEGER LLP

                                   By:   */s/ Alison D. Alpert*
                                         Alison D. Alpert
                                         Attorneys for Defendant Stewart Title of California, Inc.

**CERTIFICATE OF SERVICE [F.R.C.P. §5]**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2255 Calle Clara, La Jolla, California 92037. On January 26, 2011, I caused the document(s) described as below to be served in the manner set forth below:

(1)   **JOINT MOTION FOR DISMISSAL OF ACTION**

_XX_   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_   (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on January 26, 2011 at San Diego, California.

BLUMENTHAL , NORDREHAUG & BHOWMIK

Dated: January 26, 2011       By:   */s/Norman B. Blumenthal*
                                    Norman B. Blumenthal, Esq.
                                    Attorneys for Plaintiffs
                                    Email: Norm@bamlawlj.com

K:\D\NBB\Stewart Title\p-Joint motion of dismissal - federal.wpd